JAP:JSR

**M-11 953**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

CORY MONROE,

               Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

       Johnny O'Brien, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

       Upon information and belief, on or about September 20, 2011, within the Eastern District of New York and elsewhere, the defendant CORY MONROE, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

       (Title 18, United States Code, Section 751(a)).

       The source of your deponent's information and the grounds for his belief are as follows:[1]

---

    [1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1. On or about May 7, 2010, the defendant CORY MONROE was sentenced by Judge Eric N. Vitaliano of the United States District Court for the Eastern District of New York to a term of 30 months' imprisonment for felon in possession of a firearm, in violation of Title 18, U.S.C., Section 922(g). The defendant was remanded to the custody of the Attorney General of the United States.

2. On or about July 31, 2011, the defendant CORY MONROE was transferred from F.C.I. Gilmer to the Brooklyn Residential Reentry Center ("BRRC"). The defendant's term of custody was scheduled to be completed on October 25, 2011.

3. While residing at the BRRC, the defendant was receiving treatment at a Daytop Village treatment facility located in New York, New York. On or about September 20, 2011, the defendant CORY MONROE signed out of the BRRC at approximately 7:45 a.m. in order to go to the Daytop Village facility for treatment.

4. Under the conditions of his pass, the defendant was supposed to arrive at Daytop village no later than 11:00 a.m. At approximately 11:15 the BRRC received a phone call from Daytop Village that the defendant had not arrived.

5. At approximately 1:00 p.m. the defendant still had not been locate.

6.  As of this date, the defendant CORY MONROE has failed to return to the BRRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant CORY MONROE so that he may be dealt with according to law.

Johnny O'Brien
Deputy Marshal
U.S. Marshals Service

Sworn to before me this
22nd day of September, 2011

UNITED   S/Bloom   DGE
EASTERN            .K